*IN THE UNITED STATES BANKRUPTCY COURT FOR THE*
*EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**JOESEPH DEAN HABA,**
**TONI LYNN HABA**

Case No. 12-32077
Chapter 7

       Debtors.

## MOTION BY MICHAEL H. FITZPATRICK, TRUSTEE, TO COMPROMISE DISPUTE WITH TENNESSEE VALLEY AUTHORITY

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

      Pursuant to E. D. Tenn. LBR 9013-1(h)(ix), the court may consider this matter without further notice or hearing unless a party in interest files an objection. If you object to the relief requested in this paper, you must file with the clerk of the court at Howard H. Baker, Jr. U.S. Courthouse, 800 Market Street, Suite 330, Knoxville, TN 37902, an objection within 21 days from the date this paper was filed and serve a copy on the movants' attorney, Ryan E. Jarrard, Esquire, Quist, Cone & Fisher, PLLC, 2121 First Tennessee Plaza, Knoxville, TN 37929-9711, or rej@qcflaw.com. If you file and serve an objection within the time permitted, the court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the court will consider that you do not oppose the granting of the relief requested in this paper and may grant the relief requested without further notice or hearing.

      Michael H. Fitzpatrick, Trustee, hereby Moves the Court pursuant to Fed. R. Bankr. P. 9019(a) and E.D. Tenn. LBR 9019-1(a) and 9013-1(h) for authority to settle a claim brought by the Debtors against the Tennessee Valley Authority (hereinafter TVA), and gives notice to creditors and other parties in interest of the compromise. Prior to filing for bankruptcy, the debtors had property located at 508 Kings Close Drive, in Kingston Tennessee that was damaged in the coal ash spill that occurred at the TVA Kingston Fossil Plant on or about December 22, 2008. The debtors joined in a class action lawsuit brought in the United States District Court for the Eastern District of Tennessee with the docket number of 3:11-CV-606-TAV-HBG. The parties conducted court ordered mediation, and eventually reached a settlement. The debtors' case was severed on July 30, 2014 and given the new docket number 3:14-CV-00357-TAV-HBG. The parties have agreed to settle all claims for $51,015.00 in diminution of value to the Kings Close property. The debtors'

attorneys have a fee arrangement to collect 30% of the settlement as a fee[1], which comes to $15,304.50. The debtors' attorneys have also incurred costs of $98.95, which leaves a net benefit to the estate of $35,611.55. Debtor's attorneys are entitled to claim a lien on these proceeds pursuant to Tenn. Code Ann. 23-2-102. The Trustee has reviewed the pleadings and settlement documents in this case, and believes that this settlement is fair and the attorney's fees are reasonable given the time and labor involved, the skill required to perform the representation, the fee customarily charged, the amount involved and the results obtained.

In addition, Sean Stephens[2] claims to be an unlisted creditor in the debtor's bankruptcy, and asserts that he is entitled to a lien on any of the proceeds. At the time of this filing, the Trustee has not been informed of the total amount claimed by Mr. Stephens.

Wherefore, Michael H. Fitzpatrick, Trustee, moves the court for an order approving the settlement of $51,015.00 to be paid to the Trustee.

DATED:        August 25, 2014.

                              Respectfully submitted,


                              /S/ Ryan E. Jarrard
                              Ryan E. Jarrard, BPR No. 024525
                              Attorney for Michael H. Fitzpatrick,
                              Trustee
                              **QUIST, CONE & FISHER, PLLC**
                              2121 First Tennessee Plaza
                              Knoxville, TN 37929-9711
                              Phone: 865-524-1873 ext. 222
                              rej@qcflaw.com

---

[1] Debtors' attorneys are Curt D. Marshall, David B. Byrne, Elizabeth A. Alexander, Elizabeth J. Cabraser, Gary A. Davis, Jeff Friedman, Jere Locke Beasley, Matthew D. Conn, Paul D. Brandes, Peter M. Villari, Rhon E. Jones, Robin L. Greenwald, and Wayne A. Ritchie, II. The Trustee's primary contact has been with Elizabeth A. Alexander.
[2] Sean Stephens claims to have purchased a deficiency judgment from Citizens Bank that resulted from a foreclosure that occurred on the property located at 508 Kings Close Drive in Kingston, Tennessee. Mr. Stephens asserts that this foreclosure and the accompanying deficiency judgment occurred pre-petition.

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion and related Order have been furnished to the following by placing a copy in the U.S. Mail, first class, postage prepaid, email or the court ECF system to all parties listed below or on the attached mailing list this August 25, 2014:

Creditors and parties in interest on the attached list

Elizabeth A. Alexander
Leiff Cabraser Heinman & Bernstein
154th Avenur North
Suite 1650
Nashville, TN 37219

Curt D Marshall
Weitz & Luxenberg, P.C. - NY
700 Broadway
New York, NY 10003

David B Byrne
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
P O Box 4160
Montgomery, AL 36103-4160

Elizabeth J Cabraser
Lieff, Cabraser, Heimann & Bernstein (CA)
275 Battery Street
29th Floor
San Franciso, CA 94111

Gary A Davis
Gary A. Davis & Associates
P O Box 649
Hot Springs, NC 28743

Jeff Friedman
Friedman, Leak, Dazzio, Zulanas & Bowling, P.C.
3800 Corporate Woods Drive
P.O. Box 43219

Birmingham, AL 35242

Jere Locke Beasley
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
P O Box 4160
Montgomery, AL 36103-4160

Matthew D Conn
Friedman, Leak, Dazzio, Zulanas & Bowling, P.C.
3800 Corporate Woods Drive
P.O. Box 43219
Birmingham, AL 35242

Paul D Brandes
Villari, Brandes & Kline, P.C.
8 Tower Bridge, Suite 400
161 Washington Street
Conshohocken, PA 19428

Peter M Villari
Villari, Brandes & Kline, P.C.
8 Tower Bridge, Suite 400
161 Washington Street
Conshohocken, PA 19428

Rhon E Jones
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
P O Box 4160
Montgomery, AL 36103-4160

Robin L Greenwald
Weitz & Luxenberg, P.C. - NY
700 Broadway
New York, NY 10003

Wayne A Ritchie , II
Ritchie, Dillard, Davies & Johnson, P.C.
606 West Main Street
Suite 300
Knoxville, TN 37902

Thomas E. Ray
Samples, Jennings, Ray & Clem
Shallowford Law Center
130 Jordan Drive
Chattanooga, TN 37421-6731

Brent R. Marquand
Tennessee Valley Authority
Office of General Counsel
400 W. Summit Hill Drive
Knoxville, TN 37902

                              /s/ Ryan E. Jarrard
                              Attorney

Label Matrix for local noticing
0649-3
Case 3:12-bk-32077
Eastern District of Tennessee
Knoxville
Fri Aug 22 16:05:21 EDT 2014

First Tennessee Bank NA, Department
c/o Ascension Capital Group
P.O. Box 201347
Arlington, TX 76006-1347

Kingston Scandlyn Lumber Company
c/o Greg Leffew, Atty
PO Box 63
Rockwood, TN 37854-0063

(p)NATIONSTAR MORTGAGE
PO BOX 630267
IRVING TEXAS 75063-0116

TOYOTA MOTOR CREDIT CORPORATION
9441 LBJ Freeway, Suite 350
Dallas, TX 75243-4652

United Community Bank
c/o Garrett P. Swartwood
1111 Northshore Drive
Suite S-700
Knoxville, TN 37919-4097

Wells Fargo Bank, N.A.
Payment Processing
MAC# x2302-04c
1 Home Campus
Des Moines,, IA 50328-0001

3
United States Bankruptcy Court
Howard H. Baker Jr. U.S. Courthouse
Suite 330, 800 Market Street
Knoxville, TN 37902-2343

ARS National Services Inc.
PO Box 463023
Escondido, CA 92046-3023

Aes/Edsouth W Bk Of Ny
Po Box 2461
Harrisburg, PA 17105-2461

Allied Interstate
3000 Corporate Exchange Drive
5th Floor
Salt Lake City, UT 84130-0285

Allied interstate
PO Box 361774
Columbus, OH 43236-1774

American Medical Collection Agency
4 Winchester Blvd STE 110
Elmsford, NY 10523

Angel Nails
ATTN: Vinh Nguyen Thanh
609 N. Kentucky Street
Suite B
Kingston, TN 37763-2692

Associated Pathologists PLC
c/o Pathgroup
PO Box 403009
Atlanta, GA 30384-3009

Associated Recovery Systems
PO Box 469046
Escondido, CA 92046-9046

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bank Of America, N.A.
450 American St
Simi Valley, CA 93065-6285

Buffaloe & Associates PLC
PO Box 190684
Nashville, TN 37219-0684

CAC Financial Corp.
2601 New Expressway STE 1000 East
Oklahoma City, OK 73112-7236

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Chase Bank Usa, Na
Po Box 15298
Wilmington, DE 19850-5298

Citizens National Bancorp Inc.
d/b/a Citizens National Bank of Athens
c/o Bridget J. Willhite, Attorney
P.O. Box 885
Athens, TN 37371-0885

Citizens National Bank
202 N. Kentucky Street
Kingston, TN 37763-2741

Citizens National Bank
P.O. Box 220
Athens, TN 37371-0220

Credit Collection Services
Two Wells Avenue Dept. 9133
Newton Center, MA 02459-3225

Cynthia T. Lawson
Bond, Botes & Lawson PC
6704 Watermour Way
Knoxville, TN 37912-1261

Dell Financial Services
c/o Receivable Management Services
PO Box 509
Richfield, OH 44286-0509

Discover Bank
c/o Bart Lloyd, Nathan & Nathan, P.C.
P.O. Box 1715
Birmingham, AL 35201-1715

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

Diversified Adjustment Service, Inc.
PO Box 32145
Minneapolis, MN 55432-0145

Enhanced Recovery Company, LLC
8014 Bayberry Rd.
Jacksonville, FL 32256-7412

Farm Credit Servicers of Mid-America
P.O. Box 34390
Louisville, KY 40232-4390

Farm Credit Services of Mid-America
P.O. Box 1738
Dandridge, TN 37725-1738

First Tennessee Bank
P.O. Box 1469
Knoxville TN 37901-1469

First Tennessee Bank
Po Box 84
Memphis, TN 38101-0084

First Tennessee Bank NA
PO Box 201347
Arlington, TX 76006-1347

Frost Arnett Company
PO Box 198988
Nashville, TN 37219-8988

Gecrb/Ikea
Po Box 981400
El Paso, TX 79998-1400

Gecrb/Sams Club
Po Box 981400
El Paso, TX 79998-1400

Internal Revenue Service
Centalized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Kingston Scandlyn Lumber Co
c/o Greg Leffew, Attorney
P.O. Box 63
Rockwood, TN 37854-0063

Kohls/Capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051-7096

LTD Financial Services
7322 Southwest Freeway, STE 1600
Houston, TX 77074-2134

Laboratory Corporation of America
PO Box 2240
Burlington, NC 27216-2240

Leading Edge Recovery Solutions
PO Box 129
Linden, MI 48451-0129

Lewis, King, Krieg & Waldrop, PC
PO Box 2425
Knoxville, TN 37901-2425

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123-2255

Midland Funding LLC as successor to
Citibank/Sears Gold Mastercard
c/o Finkelstein, Kern, Steinberg, et al
P.O. Box 1
Knoxville, TN 37901-0001

Nationstar Mortgage Ll
350 Highland Dr
Lewisville, TX 75067-4177

Northland Group
PO Box 390846
Minneapolis, MN 55439-0846

Roane County Trustee
200 E. Race Street
Kingston, TN 37763-2860

Ronald Hamilton and Rhonda Jackson
121 Rose Rd
Kingston, TN 37763-3414

Sears/Cbna
Po Box 6282
Sioux Falls, SD 57117-6282

TTI National
c/o NCO Financial Systems, Inc.
PO Box 17196
Baltimore, MD 21297-1196

Thd/Cbna
Po Box 6497
Sioux Falls, SD 57117-6497

Toyota Motor Credit Co
810 Crescent Centre Dr S
Franklin, TN 37067-6222

Toyota Motor Credit Corporation (TMCC)
PO BOX 8026
Cedar Rapids, Iowa 52408-8026

Transworld Systems, Inc.
Collection Agency
216 Centerview Drive #111
Brentwood, TN 37027-3226

United Community Bank
223 North Third Street
Kingston, TN 37763-2845

United Community Bank
c/o Garrett P. Swartwood, Esq.
1111 Northshore Drive, Suite S-700
Knoxville, Tennessee 37919-4097

United States Attorney
Howard Baker Courthouse
800 Market Street, Suite 211
Knoxville, TN 37902-2342

United States Trustee
800 Market Street, Suite 114
Howard H. Baker Jr. U.S. Courthouse
Knoxville, TN 37902-2303


Uptain Group, Inc.
4811C Bradford Dr.
Huntsville, AL 35805-1948

Verizon Wireless
ATTN: Sandy Harrell
d/b/a Cellular Communications
4021 Hwy 66 South, Suite B
Rogersville, TN 37857-3180

(p)WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE AMERICAS SERVICING
ATTN BANKRUPTCY DEPT MAC X7801-014
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203


Women's Care Group, PC
1932 Alcoa Highway, Suite 150
Knoxville, TN 37920-1532

Cynthia T Lawson
6704 Watermour Way
Knoxville, TN 37912-1261

Jimmie D. Turner
1119 E. Tri-County Blvd.
Oliver Springs, TN 37840-6218


Joseph Dean Haba
105 Mossey Creek Dr.
Kingston, TN 37763-5247

Joy L. Vittone
Attorney at Law
7023 White Wing Rd.
Lenoir City, TN 37771-7420

Michael H. Fitzpatrick
800 S. Gay Street
2121 First Tennessee Plaza
Knoxville, TN 37929-9711


Toni Lynn Haba
105 Mossey Creek Dr.
Kingston, TN 37763-5247


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Nationstar Mortgage
Attn:  Bankruptcy Dept.
350 Highland Drive
Lewisville, TX 75067

Bank Of America
Po Box 982238
El Paso, TX 79998

Cap One
Po Box 85520
Richmond, VA 23285


Wells Fargo Hm Mortgage
8480 Stagecoach Cir
Frederick, MD 21701


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)BANK OF AMERICA, N.A.

(u)Bank of America, N.A., Successor By Merger

(d)Angel Nails
ATTN: Vinh Nguyen Thanh
609 N. Kentucky Street, Suite B
Kingston, TN 37763-2692

| | | |
|---|---|---|
| (d)Ronald Hamilton and Rhonda Jackson | (d)Verison Wireless | End of Label Matrix |
| 121 Rose Rd. | ATTN: Sandy Harrell | Mailable recipients  72 |
| Kingston, TN 37763-3414 | d/b/a Cellular Communications | Bypassed recipients  5 |
| | 4021 Hwy 66 South, Suite B | Total  77 |
| | Rogersville, TN 37857-3180 | |